United States District Court
Southern District of Texas
**ENTERED**
July 26, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LORI HAINES,<br>    Plaintiff, | § § § | |
| v. | § § | Civil Action No. 1:16-cv-00316 |
| TRISTAR PRODUCTS, INC.,<br>    Defendant. | § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 17). No objections were filed. After a *de novo* review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore **ORDERED** that the present case be transferred to the Houston Division of the Southern District of Texas pursuant to 28 U.S.C. § 1404(a).

Signed on this  26th  day of  July , 2017.

_____
Rolando Olvera
United States District Judge